UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| AMITY PARTNERS, ) | |
| ) | CASE No. 3:12-cv-00652 CSH |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| WOODBRIDGE ASSOCIATES, LIMITED ) | |
| PARTNERSHIP, MONQIDH M. ) | |
| AL-SAWWAF, M.D., and WOODBRIDGE ) | |
| ASSOCIATES, INC. ) | |
| ) | |
| Defendants. ) | MAY 29, 2012 |
| _____ ) | |

**FIRST MOTION FOR EXTENSION OF TIME
TO RESPOND TO PLAINTIFF'S MOTION TO REMAND**

Pursuant to L. R. Civ. P. 7(b), Defendants Woodbridge Associates, Limited Partnership and Monqidh M. Al-Sawwaf, M.D. respectfully move for an extension of time to file a response to Amity Partners' May 7, 2012 Motion to Remand this action to state court, based on the following:

Amity Partners brought an action in the Superior Court, Judicial District of New Haven. On May 1, 2012, within the time allowed by Title 28, U.S. Code, Chapter 89, Defendants Woodbridge Associates, Limited Partnership and Monquidh M. Al-Sawwaf, M.D. removed this action to federal court.

On May 7, 2012, Amity Partners filed a Motion to Remand, supported by the affidavit of Betty Weissman, stating that she is a general partner of Amity Partners, is a United States citizen, and is a legal permanent resident of Canada, domiciled in

1

Montreal. It is based on the facts in this affidavit that Amity Partners seeks the remand of this case back to state court.

Defendants Woodbridge Associates, Limited Partnership and Monqidh M. Al-Sawwaf, M.D. intend to take the deposition of Betty Weissman, and need time to do what is required to take her deposition in Canada, including compliance with all applicable provisions of Canadian law.

Accordingly, these Defendants move for an extension of time of thirty days from May 29, 2012, to June 28, 2012, for them to file their response to Amity Partners' Motion for Remand.

On May 29, 2012, the Plaintiff, by its counsel, Kenneth A. Votre, consented to the extension of time requested herein.

This is the first motion of these Defendants regarding the deadline that is the subject of this motion.

Dated: May 29, 2012              Respectfully submitted:

                                 COHEN AND WOLF, P.C.

                                 By:   /s/ Stewart I. Edelstein
                                       Stewart I. Edelstein (ct06021)
                                       sedelstein@cohenandwolf.com
                                       1115 Broad Street
                                       P.O. Box 1821
                                       Bridgeport, CT 06601
                                       Telephone: (203) 337-4144
                                       Facsimile: (203) 394-9901

                                       Counsel for Defendants, Woodbridge
                                       Associates, Limited Partnership and
                                       Monqidh Al-Sawwaf

**CERTIFICATION OF SERVICE**

This is to certify that the foregoing was mailed on the above date to the following parties in the Connecticut Superior Court action:

Kenneth Votre, Esq.
Votre & Associates, PC
8 Frontage Road
East Haven, CT 06512

Attorney for Plaintiff, Amity Partners

Woodbridge Associates, Inc.
c/o Secretary
80 Business Park Drive, Ste.104
Armonk, NY  10504

Defendant

                                              /s/ Stewart I. Edelstein
                                                Stewart I. Edelstein