UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| AMITY PARTNERS, ) | |
| ) | |
| Plaintiff, ) | Case No. 3:12-cv-00652 CSH |
| ) | |
| vs. ) | |
| ) | |
| WOODBRIDGE ASSOCIATES, LIMITED ) | |
| PARTNERSHIP, MONQIDH M. ) | |
| AL-SAWWAF, M.D., and WOODBRIDGE ) | |
| ASSOCIATES, INC. ) | |
| ) | |
| Defendants. ) | JUNE 28, 2012 |
| _____ ) | |

### SECOND MOTION FOR EXTENSION OF TIME
### TO RESPOND TO PLAINTIFF'S MOTION TO REMAND

Pursuant to L. R. Civ. P. 7(b), Defendants Woodbridge Associates, Limited Partnership and Monqidh M. Al-Sawwaf, M.D. respectfully move for a second extension of time to file a response to Amity Partners' May 7, 2012 Motion to Remand this action to state court, based on the following:

Amity Partners brought an action in the Superior Court, Judicial District of New Haven. On May 1, 2012, within the time allowed by Title 28, U.S. Code, Chapter 89, Defendants Woodbridge Associates, Limited Partnership and Monquidh M. Al-Sawwaf, M.D. removed this action to federal court.

On May 7, 2012, Amity Partners filed a Motion to Remand, supported by the

1

affidavit of Betty Weissman, stating that she is a general partner of Amity Partners, is a United States citizen, and is a legal permanent resident of Canada, domiciled in Montreal. It is based on the facts in this affidavit that Amity Partners seeks the remand of this case back to state court.

Defendants Woodbridge Associates, Limited Partnership and Monqidh M. Al-Sawwaf, M.D. intend to take the deposition of Betty Weissman (the "Deposition"), and need time to do what is required to take the Deposition in Canada, including the following: filing a letter rogatory with this Court, retaining Canadian counsel to present a motion under the Special Procedures Act requesting that the Deposition be taken, and issuing a subpoena for the Deposition and document production. Note that, these Defendants have been communicating with Canadian counsel over the past several weeks to initiate these processes in accordance with Canadian law. Canadian counsel has informed these Defendants that said processes could take several weeks or months, depending on whether Plaintiff consents to the Deposition.

Counsel for the Plaintiff today stated that he does not object to this 90-day extension.

Accordingly, these Defendants move for an extension of time of ninety days from June 28, 2012, to September 25, 2012, for them to take the Deposition and file their response to Amity Partners' Motion for Remand.

This is the second motion of these Defendants regarding the deadline that is the subject of this motion.

Dated: June 28, 2012          Respectfully submitted:

COHEN AND WOLF, P.C.

By:   /s/ Stewart I. Edelstein
      Stewart I. Edelstein (ct06021)
      sedelstein@cohenandwolf.com
      1115 Broad Street
      P.O. Box 1821
      Bridgeport, CT 06601
      Telephone: (203) 337-4144
      Facsimile: (203) 394-9901

      Counsel for Defendants, Woodbridge Associates, Limited Partnership and Monqidh Al-Sawwaf

## **CERTIFICATION OF SERVICE**

I hereby certify that on June 28, 2012, a copy of the Second Motion for Extension of Time to Respond to Plaintiff's Motion to Remand was filed electronically. Notice of the foregoing filing and this Certification of Service will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to any parties who are unable to accept electronic filing. Parties may access the foregoing filings and this Certification of Service through the Court's system.

In addition, the foregoing was mailed on the above date to the following parties in the Connecticut Superior Court action:

Kenneth Votre, Esq.
Votre & Associates, PC
8 Frontage Road
East Haven, CT 06512

Attorney for Plaintiff, Amity Partners

Woodbridge Associates, Inc.
c/o Secretary
80 Business Park Drive, Ste.104
Armonk, NY  10504

Defendant

                                                  /s/ Stewart I. Edelstein
                                                   Stewart I. Edelstein