**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| AMITY PARTNERS, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | Case No.: 3:12-cv-00652-CSH |
| | ) | |
| WOODBRIDGE ASSOCIATES, | ) | |
| LIMITED PARTNERSHIP, MONQIDH | ) | |
| M. AL-SAWWAF, M.D., and | ) | |
| WOODBRIDGE ASSOCIATES, INC. | ) | JULY 31, 2012 |
| | | |
| Defendants | | |

**PLAINTIFF'S OBJECTIONS TO**
**DEFENDANTS' WOODBRIDGE ASSOCIATES, LIMITED PARTNERSHIP, AND**
**MONQIDH M. AL-SAWWAF, M.D., REQUEST FOR PRODUCTION OF DOCUMENTS**

In accordance with, *inter alia*, Rule 34 of the Federal Rules of Civil Procedure,

the Plaintiff, Amity Partners, hereby objects to Defendants' Written Request for

Production of Documents directed, it appears, to "Betty Weissman, a general partner of

Plaintiff Amity Partners" in the above-captioned action seeking to produce for inspection

and copying the documents responsive to this Defendants' Request for Production

Pursuant to Rule 34 of the Federal Rules of Civil Procedure, the Plaintiff objects

specifically as follows:

**REQUEST NO. 1**

1.  All documents concerning your current state(s) of residence.

**OBJECTION:** The request appears to be directed to a non-party not subject to this

Court's jurisdiction. "Betty Weissman" is not a party to the action. Moreover, the request

does not seek documents related in any way to "Amity Partners" but personal

information of an elderly partner. The request is overbroad and invades the privacy rights of Betty Weissman and seeks information not within the possession and control of the Plaintiff.

The only proper route to obtain information from "Betty Weissman", a non-party is pursuant to Rule 45. The Defendants can also address requests to this Plaintiff but only to the extent relevant to the action, not privileged and within possession and control of the Plaintiff. The requested documents are not within the possession or control of the Plaintiff. No documents have therefore been produced.

**REQUEST NO. 2**

2. All documents concerning the current residence(s) of your immediate family members ("immediate" means children and grandchildren).

**OBJECTION:** The request appears to be directed to a non-party not subject to this Court's jurisdiction. "Betty Weissman" is not a party to the action. Moreover, the request does not seek documents related in any way to "Amity Partners" but personal information of an elderly partner. The request is overbroad and invades the privacy rights of Betty Weissman and seeks information not within the possession and control of the Plaintiff.

The only proper route to obtain information from "Betty Weissman", a non-party is pursuant to Rule 45. The Defendants can also address requests to this Plaintiff but only to the extent relevant to the action, not privileged and within possession and control of the Plaintiff. The requested documents are not within the possession or control of the Plaintiff. No documents have therefore been produced.

**REQUEST NO. 3**

3. All documents concerning your legal or beneficial separate or joint ownership of rental properties, including, but not limited to, leases, titles, share certificates, mortgages, and/or loan applications.

**OBJECTION:** The request appears to be directed to a non-party not subject to this Court's jurisdiction. "Betty Weissman" is not a party to the action. Moreover, the request does not seek documents related in any way to "Amity Partners" but personal information of an elderly partner. The request is overbroad and invades the privacy rights of Betty Weissman and seeks information not within the possession and control of the Plaintiff.

The only proper route to obtain information from "Betty Weissman", a non-party is pursuant to Rule 45. The Defendants can also address requests to this Plaintiff but only to the extent relevant to the action, not privileged and within possession and control of the Plaintiff. The requested documents are not within the possession or control of the Plaintiff. No documents have therefore been produced.

**REQUEST NO. 4**

4. A copy of the insurance policies covering any real and personal property owned by you separately and jointly.

**OBJECTION:** The request appears to be directed to a non-party not subject to this Court's jurisdiction. "Betty Weissman" is not a party to the action. Moreover, the request does not seek documents related in any way to "Amity Partners" but personal information of an elderly partner. The request is overbroad and invades the privacy rights of Betty Weissman and seeks information not within the possession and control of the Plaintiff.

The only proper route to obtain information from "Betty Weissman", a non-party is pursuant to Rule 45. The Defendants can also address requests to this Plaintiff but only to the extent relevant to the action, not privileged and within possession and control of the Plaintiff. The requested documents are not within the possession or control of the Plaintiff. No documents have therefore been produced.

**REQUEST NO. 5**

5. Any voting registration forms you have filed and any voting notifications or voting cards you have received in the United States or Canada.

**OBJECTION:** The request appears to be directed to a non-party not subject to this Court's jurisdiction. "Betty Weissman" is not a party to the action. Moreover, the request does not seek documents related in any way to "Amity Partners" but personal information of an elderly partner. The request is overbroad and invades the privacy rights of Betty Weissman and seeks information not within the possession and control of the Plaintiff.

The only proper route to obtain information from "Betty Weissman", a non-party is pursuant to Rule 45. The Defendants can also address requests to this Plaintiff but only to the extent relevant to the action, not privileged and within possession and control of the Plaintiff. The requested documents are not within the possession or control of the Plaintiff. No documents have therefore been produced.

**REQUEST NO. 6**

6. Any absentee ballots you have cast in the United States or Canada and any applications for absentee ballots you have submitted in the United States or Canada.

- 4 -

**OBJECTION:** The request appears to be directed to a non-party not subject to this Court's jurisdiction. "Betty Weissman" is not a party to the action. Moreover, the request does not seek documents related in any way to "Amity Partners" but personal information of an elderly partner. The request is overbroad and invades the privacy rights of Betty Weissman and seeks information not within the possession and control of the Plaintiff.

The only proper route to obtain information from "Betty Weissman", a non-party is pursuant to Rule 45. The Defendants can also address requests to this Plaintiff but only to the extent relevant to the action, not privileged and within possession and control of the Plaintiff. The requested documents are not within the possession or control of the Plaintiff. No documents have therefore been produced.

**REQUEST NO. 7**

7. Any Medicare card issued to you; a copy of any application form you have completed for Medicare coverage; all correspondence with Medicare authorities; and any application you have submitted for payment of benefits.

**OBJECTION:** The request appears to be directed to a non-party not subject to this Court's jurisdiction. "Betty Weissman" is not a party to the action. Moreover, the request does not seek documents related in any way to "Amity Partners" but personal information of an elderly partner. The request is overbroad and invades the privacy rights of Betty Weissman and seeks information not within the possession and control of the Plaintiff.

The only proper route to obtain information from "Betty Weissman", a non-party is pursuant to Rule 45. The Defendants can also address requests to this Plaintiff but only

to the extent relevant to the action, not privileged and within possession and control of the Plaintiff. The requested documents are not within the possession or control of the Plaintiff. No documents have therefore been produced.

**REQUEST NO. 8**

8. All documents concerning your receipt of 1) social security checks, 2) Medicare checks, 3) dividend checks, 4) distributions of principal and interest, and, for each payment, where you have deposited them.

**OBJECTION:** The request appears to be directed to a non-party not subject to this Court's jurisdiction. "Betty Weissman" is not a party to the action. Moreover, the request does not seek documents related in any way to "Amity Partners" but personal information of an elderly partner. The request is overbroad and invades the privacy rights of Betty Weissman and seeks information not within the possession and control of the Plaintiff.

The only proper route to obtain information from "Betty Weissman", a non-party is pursuant to Rule 45. The Defendants can also address requests to this Plaintiff but only to the extent relevant to the action, not privileged and within possession and control of the Plaintiff. The requested documents are not within the possession or control of the Plaintiff. No documents have therefore been produced.

**REQUEST NO. 9**

9. All of your driving licenses during the last 10 years.

**OBJECTION:** The request appears to be directed to a non-party not subject to this Court's jurisdiction. "Betty Weissman" is not a party to the action. Moreover, the request does not seek documents related in any way to "Amity Partners" but personal

information of an elderly partner. The request is overbroad and invades the privacy rights of Betty Weissman and seeks information not within the possession and control of the Plaintiff.

The only proper route to obtain information from "Betty Weissman", a non-party is pursuant to Rule 45. The Defendants can also address requests to this Plaintiff but only to the extent relevant to the action, not privileged and within possession and control of the Plaintiff. The requested documents are not within the possession or control of the Plaintiff. No documents have therefore been produced.

**REQUEST NO. 10**

10. Your 3 most recent passports.

**OBJECTION:** The request appears to be directed to a non-party not subject to this Court's jurisdiction. "Betty Weissman" is not a party to the action. Moreover, the request does not seek documents related in any way to "Amity Partners" but personal information of an elderly partner. The request is overbroad and invades the privacy rights of Betty Weissman and seeks information not within the possession and control of the Plaintiff.

The only proper route to obtain information from "Betty Weissman", a non-party is pursuant to Rule 45. The Defendants can also address requests to this Plaintiff but only to the extent relevant to the action, not privileged and within possession and control of the Plaintiff. The requested documents are not within the possession or control of the Plaintiff. No documents have therefore been produced.

**REQUEST NO. 11**

11. Your current resumé.

**OBJECTION:** The request appears to be directed to a non-party not subject to this Court's jurisdiction. "Betty Weissman" is not a party to the action. Moreover, the request does not seek documents related in any way to "Amity Partners" but personal information of an elderly partner. The request is overbroad and invades the privacy rights of Betty Weissman and seeks information not within the possession and control of the Plaintiff.

The only proper route to obtain information from "Betty Weissman", a non-party is pursuant to Rule 45. The Defendants can also address requests to this Plaintiff but only to the extent relevant to the action, not privileged and within possession and control of the Plaintiff. The requested documents are not within the possession or control of the Plaintiff. No documents have therefore been produced.

**REQUEST NO. 12**

12. All library cards that have been issued to you or, as applicable, to your husband.

**OBJECTION:** The request appears to be directed to a non-party not subject to this Court's jurisdiction. "Betty Weissman" is not a party to the action. Moreover, the request does not seek documents related in any way to "Amity Partners" but personal information of an elderly partner. The request is overbroad and invades the privacy rights of Betty Weissman and seeks information not within the possession and control of the Plaintiff.

The only proper route to obtain information from "Betty Weissman", a non-party is pursuant to Rule 45. The Defendants can also address requests to this Plaintiff but only to the extent relevant to the action, not privileged and within possession and control of

the Plaintiff. The requested documents are not within the possession or control of the Plaintiff. No documents have therefore been produced.

**REQUEST NO. 13**

     13. All museum membership or admission cards that have been issued to you or, as applicable, to your husband (no limitation of time applied to this request as museums often grant lifetime benefits).

**OBJECTION:** The request appears to be directed to a non-party not subject to this Court's jurisdiction. "Betty Weissman" is not a party to the action. Moreover, the request does not seek documents related in any way to "Amity Partners" but personal information of an elderly partner. The request is overbroad and invades the privacy rights of Betty Weissman and seeks information not within the possession and control of the Plaintiff.

     The only proper route to obtain information from "Betty Weissman", a non-party is pursuant to Rule 45. The Defendants can also address requests to this Plaintiff but only to the extent relevant to the action, not privileged and within possession and control of the Plaintiff. The requested documents are not within the possession or control of the Plaintiff. No documents have therefore been produced.


**REQUEST NO. 14**

     14. All documents concerning to the location of 1) personal bank or investment accounts in the United States for which you or your husband are stated legal or beneficial interest  holders, and 20 business bank accounts for which you or, as applicable, to your husband have signing authority.

**OBJECTION:** The request appears to be directed to a non-party not subject to this Court's jurisdiction. "Betty Weissman" is not a party to the action. Moreover, the request does not seek documents related in any way to "Amity Partners" but personal information of an elderly partner. The request is overbroad and invades the privacy rights of Betty Weissman and seeks information not within the possession and control of the Plaintiff.

The only proper route to obtain information from "Betty Weissman", a non-party is pursuant to Rule 45. The Defendants can also address requests to this Plaintiff but only to the extent relevant to the action, not privileged and within possession and control of the Plaintiff. The requested documents are not within the possession or control of the Plaintiff. No documents have therefore been produced.

**REQUEST NO. 15**

15. All separate or joint credit card or debit card statements issued in the last 10 years.

**OBJECTION:** The request appears to be directed to a non-party not subject to this Court's jurisdiction. "Betty Weissman" is not a party to the action. Moreover, the request does not seek documents related in any way to "Amity Partners" but personal information of an elderly partner. The request is overbroad and invades the privacy rights of Betty Weissman and seeks information not within the possession and control of the Plaintiff.

The only proper route to obtain information from "Betty Weissman", a non-party is pursuant to Rule 45. The Defendants can also address requests to this Plaintiff but only to the extent relevant to the action, not privileged and within possession and control of

the Plaintiff. The requested documents are not within the possession or control of the Plaintiff. No documents have therefore been produced.

**REQUEST NO. 16**

16. Your Last Will & Testament and/or any other instrument you have executed separately or jointly containing testamentary provisions.

**OBJECTION:** The request appears to be directed to a non-party not subject to this Court's jurisdiction. "Betty Weissman" is not a party to the action. Moreover, the request does not seek documents related in any way to "Amity Partners" but personal information of an elderly partner. The request is overbroad and invades the privacy rights of Betty Weissman and seeks information not within the possession and control of the Plaintiff.

The only proper route to obtain information from "Betty Weissman", a non-party is pursuant to Rule 45. The Defendants can also address requests to this Plaintiff but only to the extent relevant to the action, not privileged and within possession and control of the Plaintiff. The requested documents are not within the possession or control of the Plaintiff. No documents have therefore been produced.

**REQUEST NO. 17**

17. Any automobile registrations you or, as applicable, your husband have obtained in the last 10 years.

**OBJECTION:** The request appears to be directed to a non-party not subject to this Court's jurisdiction. "Betty Weissman" is not a party to the action. Moreover, the request does not seek documents related in any way to "Amity Partners" but personal information of an elderly partner. The request is overbroad and invades the privacy

rights of Betty Weissman and seeks information not within the possession and control of the Plaintiff.

The only proper route to obtain information from "Betty Weissman", a non-party is pursuant to Rule 45. The Defendants can also address requests to this Plaintiff but only to the extent relevant to the action, not privileged and within possession and control of the Plaintiff. The requested documents are not within the possession or control of the Plaintiff. No documents have therefore been produced.

**REQUEST NO. 18**

18. Any professional and other licenses or permits you have obtained.

**OBJECTION:** The request appears to be directed to a non-party not subject to this Court's jurisdiction. "Betty Weissman" is not a party to the action. Moreover, the request does not seek documents related in any way to "Amity Partners" but personal information of an elderly partner. The request is overbroad and invades the privacy rights of Betty Weissman and seeks information not within the possession and control of the Plaintiff.

The only proper route to obtain information from "Betty Weissman", a non-party is pursuant to Rule 45. The Defendants can also address requests to this Plaintiff but only to the extent relevant to the action, not privileged and within possession and control of the Plaintiff. The requested documents are not within the possession or control of the Plaintiff. No documents have therefore been produced.

**REQUEST NO. 19**

19. All separate or joint tax returns, Forms 1099, Forms K-1 and notices you or, as applicable, your husband has filed or received from the Internal Revenue Service,

any state (U.S.) or city (U.S.) or other U.S. based taxing authority, or any Canada-based taxing authority, in the last 4 years.

**OBJECTION:** The request appears to be directed to a non-party not subject to this Court's jurisdiction. "Betty Weissman" is not a party to the action. Moreover, the request does not seek documents related in any way to "Amity Partners" but personal information of an elderly partner. The request is overbroad and invades the privacy rights of Betty Weissman and seeks information not within the possession and control of the Plaintiff.

The only proper route to obtain information from "Betty Weissman", a non-party is pursuant to Rule 45. The Defendants can also address requests to this Plaintiff but only to the extent relevant to the action, not privileged and within possession and control of the Plaintiff. The requested documents are not within the possession or control of the Plaintiff. No documents have therefore been produced.

**REQUEST NO. 20**

20. All separate or joint tax returns, Forms 1099, Forms K-1, and notices you or, as applicable, your husband has filed or received from the Internal Revenue Service, any state (U.S.), city (U.S.) or other U.S. based taxing authority, or any Canada based taxing authority, regarding the notes (including payments thereon or in connection therewith) that are the subject of this legal action.

**OBJECTION:** The request appears to be directed to a non-party not subject to this Court's jurisdiction. "Betty Weissman" is not a party to the action. Moreover, the request does not seek documents related in any way to "Amity Partners" but personal information of an elderly partner. The request is overbroad and invades the privacy

rights of Betty Weissman and seeks information not within the possession and control of the Plaintiff.

The only proper route to obtain information from "Betty Weissman", a non-party is pursuant to Rule 45. The Defendants can also address requests to this Plaintiff but only to the extent relevant to the action, not privileged and within possession and control of the Plaintiff. The requested documents are not within the possession or control of the Plaintiff. No documents have therefore been produced.

**REQUEST NO. 21**

21. All bills for personal or business usage of any telephone or telephone-like device, including, but not limited to, rotary phones, mobile phones, smartphones, personal digital assistants, iPhones, iPad or Blackberrys in the last 3 years.

**OBJECTION:** The request appears to be directed to a non-party not subject to this Court's jurisdiction. "Betty Weissman" is not a party to the action. Moreover, the request does not seek documents related in any way to "Amity Partners" but personal information of an elderly partner. The request is overbroad and invades the privacy rights of Betty Weissman and seeks information not within the possession and control of the Plaintiff.

The only proper route to obtain information from "Betty Weissman", a non-party is pursuant to Rule 45. The Defendants can also address requests to this Plaintiff but only to the extent relevant to the action, not privileged and within possession and control of the Plaintiff. The requested documents are not within the possession or control of the Plaintiff. No documents have therefore been produced.

**REQUEST NO. 22**

22. All bills for personal or business use of utilities in the last 3 years.

**OBJECTION:** The request appears to be directed to a non-party not subject to this Court's jurisdiction. "Betty Weissman" is not a party to the action. Moreover, the request does not seek documents related in any way to "Amity Partners" but personal information of an elderly partner. The request is overbroad and invades the privacy rights of Betty Weissman and seeks information not within the possession and control of the Plaintiff.

The only proper route to obtain information from "Betty Weissman", a non-party is pursuant to Rule 45. The Defendants can also address requests to this Plaintiff but only to the extent relevant to the action, not privileged and within possession and control of the Plaintiff. The requested documents are not within the possession or control of the Plaintiff. No documents have therefore been produced.

## REQUEST NO. 23

23. All documents concerning your membership to a synagogue, religious group, community group or senior center.

**OBJECTION:** The request appears to be directed to a non-party not subject to this Court's jurisdiction. "Betty Weissman" is not a party to the action. Moreover, the request does not seek documents related in any way to "Amity Partners" but personal information of an elderly partner. The request is overbroad and invades the privacy rights of Betty Weissman and seeks information not within the possession and control of the Plaintiff.

The only proper route to obtain information from "Betty Weissman", a non-party is pursuant to Rule 45. The Defendants can also address requests to this Plaintiff but only

to the extent relevant to the action, not privileged and within possession and control of the Plaintiff. The requested documents are not within the possession or control of the Plaintiff. No documents have therefore been produced.

**REQUEST NO. 24**

24. Your health insurance statements during the last 3 years.

**OBJECTION:** The request appears to be directed to a non-party not subject to this Court's jurisdiction. "Betty Weissman" is not a party to the action. Moreover, the request does not seek documents related in any way to "Amity Partners" but personal information of an elderly partner. The request is overbroad and invades the privacy rights of Betty Weissman and seeks information not within the possession and control of the Plaintiff.

The only proper route to obtain information from "Betty Weissman", a non-party is pursuant to Rule 45. The Defendants can also address requests to this Plaintiff but only to the extent relevant to the action, not privileged and within possession and control of the Plaintiff. The requested documents are not within the possession or control of the Plaintiff. No documents have therefore been produced.


**REQUEST NO. 25**

25. All statements for the last 3 years from any mileage rewards program you or, as applicable, your husband are enrolled in (*i.e.*, frequent flyer rewards, credit card miles reward programs, etc.).

**OBJECTION:** The request appears to be directed to a non-party not subject to this Court's jurisdiction. "Betty Weissman" is not a party to the action. Moreover, the request

does not seek documents related in any way to "Amity Partners" but personal information of an elderly partner. The request is overbroad and invades the privacy rights of Betty Weissman and seeks information not within the possession and control of the Plaintiff.

The only proper route to obtain information from "Betty Weissman", a non-party is pursuant to Rule 45. The Defendants can also address requests to this Plaintiff but only to the extent relevant to the action, not privileged and within possession and control of the Plaintiff. The requested documents are not within the possession or control of the Plaintiff. No documents have therefore been produced.

## REQUEST NO. 26

All documents concerning your separate or joint use of a device enabling fast access to fast lane toll booths, such as E-Z Pass, during the last 3 years.

**OBJECTION:** The request appears to be directed to a non-party not subject to this Court's jurisdiction. "Betty Weissman" is not a party to the action. Moreover, the request does not seek documents related in any way to "Amity Partners" but personal information of an elderly partner. The request is overbroad and invades the privacy rights of Betty Weissman and seeks information not within the possession and control of the Plaintiff.

The only proper route to obtain information from "Betty Weissman", a non-party is pursuant to Rule 45. The Defendants can also address requests to this Plaintiff but only to the extent relevant to the action, not privileged and within possession and control of the Plaintiff. The requested documents are not within the possession or control of the Plaintiff. No documents have therefore been produced.

**REQUEST NO. 27**

27. All documents concerning the names and addresses of your doctor(s), attorney(s) and/or accountant(s).

**OBJECTION:** The request appears to be directed to a non-party not subject to this Court's jurisdiction. "Betty Weissman" is not a party to the action. Moreover, the request does not seek documents related in any way to "Amity Partners" but personal information of an elderly partner. The request is overbroad and invades the privacy rights of Betty Weissman and seeks information not within the possession and control of the Plaintiff.

The only proper route to obtain information from "Betty Weissman", a non-party is pursuant to Rule 45. The Defendants can also address requests to this Plaintiff but only to the extent relevant to the action, not privileged and within possession and control of the Plaintiff. The requested documents are not within the possession or control of the Plaintiff. No documents have therefore been produced.

**REQUEST NO. 28**

28. All documents concerning the names and addresses of any rehabilitation centers or physical therapy centers in which you have been a patient or attendee.

**OBJECTION:** The request appears to be directed to a non-party not subject to this Court's jurisdiction. "Betty Weissman" is not a party to the action. Moreover, the request does not seek documents related in any way to "Amity Partners" but personal information of an elderly partner. The request is overbroad and invades the privacy rights of Betty Weissman and seeks information not within the possession and control of the Plaintiff.

The only proper route to obtain information from "Betty Weissman", a non-party is pursuant to Rule 45. The Defendants can also address requests to this Plaintiff but only to the extent relevant to the action, not privileged and within possession and control of the Plaintiff. The requested documents are not within the possession or control of the Plaintiff. No documents have therefore been produced.

**REQUEST NO. 29**

29. All documents concerning the names and addresses of any agents you have designated to act on your behalf for any purpose whatsoever during any portion or entirety of the last 5 years.

**OBJECTION:** The request appears to be directed to a non-party not subject to this Court's jurisdiction. "Betty Weissman" is not a party to the action. Moreover, the request does not seek documents related in any way to "Amity Partners" but personal information of an elderly partner. The request is overbroad and invades the privacy rights of Betty Weissman and seeks information not within the possession and control of the Plaintiff.

The only proper route to obtain information from "Betty Weissman", a non-party is pursuant to Rule 45. The Defendants can also address requests to this Plaintiff but only to the extent relevant to the action, not privileged and within possession and control of the Plaintiff. The requested documents are not within the possession or control of the Plaintiff. No documents have therefore been produced.

**REQUEST NO. 30**

30. All documents concerning the names and addresses of the pharmacies you have utilized in the last 3 years.

**OBJECTION:** The request appears to be directed to a non-party not subject to this Court's jurisdiction. "Betty Weissman" is not a party to the action. Moreover, the request does not seek documents related in any way to "Amity Partners" but personal information of an elderly partner. The request is overbroad and invades the privacy rights of Betty Weissman and seeks information not within the possession and control of the Plaintiff.

The only proper route to obtain information from "Betty Weissman", a non-party is pursuant to Rule 45. The Defendants can also address requests to this Plaintiff but only to the extent relevant to the action, not privileged and within possession and control of the Plaintiff. The requested documents are not within the possession or control of the Plaintiff. No documents have therefore been produced.

THE PLAINTIFF,
AMITY PARTNERS

/s/ Kenneth A. Votre_____
Kenneth A. Votre, Esq., (CT 05981)
Votre & Associates, P.C.
8 Frontage Road
East Haven, CT 06512
Phone: 203-467-7337
Facsimile: 203-468-9808
kvotre@votrelaw.com

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| AMITY PARTNERS, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | Case No.: 3:12-cv-00652-CSH |
| | ) | |
| WOODBRIDGE ASSOCIATES, | ) | |
| LIMITED PARTNERSHIP, MONQIDH | ) | |
| M. AL-SAWWAF, M.D., and | ) | |
| WOODBRIDGE ASSOCIATES, INC. | ) | JULY 31, 2012 |
| | | |
| Defendants | | |

I hereby certify that on July 31st, 2012, a copy of foregoing motion was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

THE PLAINTIFF,
AMITY PARTNERS

/s/ Kenneth A. Votre
Kenneth A. Votre, Esq., (CT 05981)
Votre & Associates, P.C.
8 Frontage Road
East Haven, CT 06512
Phone: 203-467-7337
Facsimile: 203-468-9808
kvotre@votrelaw.com