UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| AMITY PARTNERS, | ) | Case No.: 12-cv-00652 (CSH) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| WOODBRIDGE ASSOCIATES, LIMITED PARTNERSHIP, MONQIDH M. AL-SAWWAF, M.D., and WOODBRIDGE ASSOCIATES, INC. | ) ) ) ) ) | |
| Defendants. | ) | AUGUST 23, 2012 |

**THIRD MOTION, ON CONSENT, FOR EXTENSION OF TIME
TO RESPOND TO PLAINTIFF'S MOTION TO REMAND**

Pursuant to L. R. Civ. P. 7(b), Defendants Woodbridge Associates, Limited Partnership and Monqidh M. Al-Sawwaf, M.D. respectfully move for a third extension of time to file a response to Amity Partners' May 7, 2012 Motion to Remand this action to state court, based on the following:

1.   Plaintiff's Motion for Remand is based on the assertion that the citizenship of Beverly Weissman, a general partner of the plaintiff, Amity Partners, deprives this court of diversity jurisdiction.

2.   Counsel for defendant Monquidh Al-Sawwaf and Woodbridge Associates, Limited Partnership noticed the deposition of Beverly Weissman to take place on August 23, 2012, requiring that she produce certain documents at her deposition.

3.   Ken Votre, counsel for Amity Partners, has objected to production of documents for this deposition.

1

4. Discussions are ongoing between Mr. Votre and the undersigned regarding the production of those documents.

5. Mr. Votre has agreed to produce documents that are not objected to by September 14, 2012, after which counsel will endeavor to resolve any discovery issues, and then the undersigned will take the deposition of Beverly Weissman.

6. Based on the foregoing, on August 20, 2012, counsel for Amity Partners agreed to extend from September 25, 2012 to October 26, 2012 the deadline for the undersigned to file a memorandum in opposition to the Motion for Remand.

Accordingly, these Defendants move for an extension of time from September 25, 2012, to October 26, 2012, for them to their memorandum in opposition to Amity Partners' Motion for Remand.

This is the third motion of these Defendants regarding the deadline that is the subject of this motion.

Respectfully submitted:

/s/ Stewart I. Edelstein_____
Stewart I. Edelstein (ct06021)
sedelstein@cohenandwolf.com
1115 Broad Street
P.O. Box 1821
Bridgeport, CT 06601
Telephone: (203) 337-4144
Facsimile: (203) 394-9901

Counsel for Defendants, Woodbridge Associates, Limited Partnership and Monqidh Al-Sawwaf

## **CERTIFICATION OF SERVICE**

I hereby certify that on August 23, 2012, a copy of the foregoing was filed electronically. Notice of the foregoing filing and this Certification of Service will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to any parties who are unable to accept electronic filing. Parties may access the foregoing filings and this Certification of Service through the Court's system.

In addition, the foregoing was mailed on the above date to the following parties in the Connecticut Superior Court action:

Kenneth Votre, Esq.
Votre & Associates, PC
8 Frontage Road
East Haven, CT 06512

Attorney for Plaintiff, Amity Partners

Woodbridge Associates, Inc.
c/o Secretary
80 Business Park Drive, Ste.104
Armonk, NY  10504

Defendant

                                                /s/ Stewart I. Edelstein
                                                Stewart I. Edelstein