UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| AMITY PARTNERS, | ) | Case No.: 12-cv-00652 (CSH) |
| Plaintiff, | ) | |
| vs. | ) | |
| WOODBRIDGE ASSOCIATES, LIMITED PARTNERSHIP, MONQIDH M. AL-SAWWAF, M.D., and WOODBRIDGE ASSOCIATES, INC. | ) | |
| Defendants. | ) | APRIL 11, 2013 |

**MEMO SUPPORTING RULE 37 MOTION OF DEFENDANTS WOODBRIDGE ASSOCIATES, LIMITED PARTNERSHIP AND MONQIDH M. AL-SAWWAF, M.D.**

Pursuant to Fed. R. Civ. P. 37(a)(3)(B), Fed. R. Civ. P. 37(d) and L. Civ. R. 37, Defendants Woodbridge Associates, Limited Partnership and Monqidh M. Al-Sawwaf, M.D. (the "Moving Defendants") respectfully move for orders and sanctions against Plaintiff Amity Partners. After being properly served with a document request pursuant to Fed. R. Civ. P. 34 in June, 2012 *more than nine months ago*, Amity Partners has failed to provide any response as required by Fed. R. Civ. P. 34(b)(2). This motion is based on the facts set forth in the accompanying Rule 37 motion.

In accordance with L. Civ. R. 37(b)(1), the Moving Defendants state that all the documents that are the subject of this Rule 37 motion should be allowed for the same reason: to enable the Moving Defendants to respond to Amity Partners' motion for remand, which is based solely on the purported citizenship of Betty Weissman, one of the general partners of Amity Partners. Also in accordance with that rule, the Moving

Defendants attach hereto, as Exhibit A, the document request that is the subject of this motion.

The specific document requests that are the subject of this motion, as revised by agreement of the parties, memorialized in the October 11, 2012 letter from counsel for the Moving Defendants to Counsel for Amity Partners (made Exhibit 2 to the Affidavit of Stewart I. Edelstein filed herewith), are as follows:

## INSTRUCTIONS

A.  Each request for documents seeks production of **copies** of documents in their entirety, without redaction, abbreviation or expurgation, including all attachments and/or other matter affixed thereto, and including all existing drafts of any such documents.

B.  The term "document" is used in the broadest sense consistent with Fed. R. Civ. P. 34 and includes, without limitation, the original and all copies of the following items, whether printed, written, contained in a computer storage device such as a floppy disk or computer memory, and whether produced by and/or reproduced by any process, namely: printed matter, notes, correspondence, internal company communications, letters, telegrams, cables, facsimiles, ledgers, calendars, diaries, books, statements, memoranda, summaries or records of conversations, minutes or records of meetings, reports, records, market surveys, market research, tabulations, contracts, invoices, receipts, vouchers, charges, labels, artwork, mockup labels, films, video tapes, photos, boards, drawings, graphs, photographs, microfilms, tape recordings, reports and/or summaries of interviews or investigations, opinions or reports of consultants, promotional literature, trade letters, press releases, drafts of documents and revisions of

drafts of documents, notes or comments on or appended to requested documents, and other written or recorded material now or formerly in the possession, custody or control of Betty Weissman.

      C.      Whenever the terms "and" or "or" are used they are to be construed both disjunctively and conjunctively as necessary to bring within the scope of the Request responses that might otherwise be construed to be outside of its scope.

      D.      Whenever the word "concerning" is used, it means relating to, describing, evidencing, or constituting.

      E.      If any document responsive to the following Requests is withheld or not produced on the basis of a claim of privilege, you shall provide Defendants with a list containing the following information for each of the documents:

    (i)    the type of document, and, if electronically stored information, the software application used to create it;

    (ii)    the author(s) and/or preparer(s) of the document, addressee and any other recipient, and where not apparent, the relationship between the author(s), addressee and recipients;

    (iii)    a brief description of the document;

    (iv)    the subject matter of the document;

    (v)    the names of people to whom copies of the document were distributed;

    (vi)    the nature of the privilege which is being claimed, and if the privilege is being asserted as to a claim or defense governed by state law, indicate the state's privilege rule being invoked; and

   (vii) the number of the Request under which the document would otherwise be produced.

 If it is claimed that only part of the document is privileged or otherwise need not be produced, please produce the remaining part of the document.

 F. If any document requested has been lost, discarded, transferred to another person or entity, destroyed, or otherwise disposed of, please set forth in writing:

   (i) the date, name and subject matter of the document;

   (ii) the name, employment and title of each person who prepared, received, reviewed or had custody, possession or control of the document;

   (iii) the previous location of the document;

   (iv) the reason for disposal or transfer of the document;

   (v) the manner of disposal of the document; and

   (vi) the names and addresses of the transferee of the document.

 G. These Requests are intended to be continuing pursuant to Rule 26(e) of the Federal Rules of Civil Procedure.

## **REQUESTS**

 1. All documents concerning your current state(s) of residence.

 2. All documents concerning the current residence(s) of your immediate family members ("immediate" means children and grandchildren).

 3. All documents concerning your legal or beneficial separate or joint ownership or rental of properties, including, but not limited to, leases, titles, share certificates, mortgages, and/or loan applications.

4. A copy of the insurance policies covering any real and personal property owned by you separately or jointly, limited to pages of insurance policies concerning location of the real and personal property.

5. Any voting registration forms you have filed and any voting notifications or voting cards you have received in the United States or Canada, limited to seven years.

6. Any absentee ballots you have cast in the United States or Canada and any applications for absentee ballots you have submitted in the United States or Canada, limited to seven years.

7. Any Medicare card issued to you; a copy of any application form you have completed for Medicare coverage; all correspondence with Medicare authorities; and any application you have submitted for payment of benefits, limited to seven years.

8. All documents concerning your receipt of 1) social security checks, 2) Medicare checks, 3) dividend checks, 4) distributions of principal and interest, and, for each payment, where you have deposited them, limited to seven years.

9. All of your driving licenses during the last 10 years, limited to seven years.

10. Your current passport and any prior passport that expired within the past five years.

11. All library cards that have been issued to you or, as applicable, to your husband, limited to five years.

12. All museum membership or admission cards that have been issued to you or, as applicable, to your husband (no limitation of time applied to this request as museums often grant lifetime benefits), limited to five years.

13. All documents concerning the location of 1) personal bank or investment accounts in the United States for which you or your husband are stated, legal or beneficial interest holders, and 2) business bank accounts for which you or, as applicable, your husband have signing authority, limited to five years. You need to produce only one statement per year, and any statement that indicates any change of address for Mrs. Weissman.

14. All separate or joint credit card or debit card statements issued in the last 10 years, limited to five years, redacting dollar amounts, and identities of merchants, disclosing geographic information.

15. Your Last Will & Testament and/or any other instrument you have executed separately or jointly containing testamentary provisions, producing only all words of these documents that make any reference to geography, including, for example, location of individuals and entities, location of assets, choice of law, and choice of forum in the event of disputes.

16. Any automobile registrations you or, as applicable, your husband have obtained in the last five years.

17. Any professional and other licenses or permits you have obtained in the past five years.

18. All separate or joint tax returns, Forms 1099, Forms K-1 and notices you or, as applicable, your husband has filed or received from the Internal Revenue Service, any state (U.S.) or city (U.S.) or other U.S. based taxing authority, or any Canada based taxing authority, in the last 4 years, to the extent they disclose Mrs. Weissman's address as shown on these documents.  If these documents make any geographic

reference, disclose geographic information, including, but not limited to, the branch office location of any brokerage or bank where Mrs. Weissman has had any accounts over the last 4 years.

19. All separate or joint tax returns, Forms 1099, Forms K-1, and notices you, or as applicable, your husband has filed or received from the Internal Revenue Service, any state (U.S.), city (U.S.) or other U.S. based taxing authority, or any Canada based taxing authority, regarding the notes (including payments thereon or in connection therewith) that are the subject of this legal action, to the extent they disclose Mrs. Weissman's address as shown on these documents.

20. All bills for personal or business usage of any telephone or telephone-like device, including, but not limited to, rotary phones, mobile phones, smartphones, personal digital assistants, iPhones, iPads or Blackberrys in the last 3 years.

21. All bills for personal or business use of utilities in the last 3 years.

22. All documents concerning your membership to a synagogue, religious group, community group or senior center, for five years.

23. Your health insurance statements during the last 3 years, redacting the nature of the services and dollar amounts.

24. All documents concerning your separate or joint use of a device enabling access to fast lane toll booths, such as E-ZPass, during the last 3 years.

25. All documents concerning the names and addresses of your doctor(s), attorney(s) and/or accountant(s), for five years, and identify the doctors by type of specialist and address.

26. All documents concerning the names and addresses of any rehabilitation centers or physical therapy centers in which you have been a patient or attendee, for five years.

27. All documents concerning the names and addresses of the pharmacies you have utilized in the last 3 years.

Respectfully submitted:

/s/ Stewart I. Edelstein_____
Stewart I. Edelstein (ct06021)
sedelstein@cohenandwolf.com
1115 Broad Street
P.O. Box 1821
Bridgeport, CT 06601
Telephone: (203) 337-4144
Facsimile: (203) 394-9901

Counsel for Defendants, Woodbridge Associates, Limited Partnership and Monqidh Al-Sawwaf

## CERTIFICATION OF SERVICE

I hereby certify that on April 11, 2013, a copy of the foregoing memo and exhibit was filed electronically. Notice of the foregoing filing and this Certification of Service will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to any parties who are unable to accept electronic filing. Parties may access the foregoing filings and this Certification of Service through the Court's system.

In addition, the foregoing was mailed on the above date to the following parties in the Connecticut Superior Court action:

Kenneth Votre, Esq.
Votre & Associates, PC
8 Frontage Road
East Haven, CT 06512

Attorney for Plaintiff, Amity Partners

Woodbridge Associates, Inc.
c/o Secretary
80 Business Park Drive, Ste.104
Armonk, NY  10504

Defendant

                                          /s/ Stewart I. Edelstein
                                          Stewart I. Edelstein